DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
DREW E. BREUDER (S.B. #198466)
dbreuder@omm.com
JORDAN RAPHAEL (S.B. # 252344)
jraphael@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Z GALLERIE, INC., a California corporation,

        Plaintiff,

    v.

A Z GALLERIE, LLC, a Georgia corporation; and DOES 1-10, inclusive,

        Defendants.

Case No. **CV13-01408-FMO (MANx)**

PLAINTIFF Z GALLERIE, INC.'S COMPLAINT FOR:

(1) Trademark Infringement; False Designation of Origin and False Description (Lanham Act § 43(a), 15 U.S.C. § 1125(a))

(2) Dilution (Lanham Act § 43(c), 15 U.S.C. § 1125(c))

(3) Trademark Infringement (Common Law)

(4) Dilution (Cal. Bus. & Prof. Code § 14330 and Common Law)

(5) Unfair Competition (Cal. Bus. & Prof. Code § 17200)

**DEMAND FOR JURY TRIAL**

Plaintiff Z Gallerie, Inc. ("Z Gallerie"), by and through its attorneys of record, hereby alleges as follows for its Complaint against Defendants A Z Gallerie, LLC ("A Z Gallerie") and DOES 1 through 10, inclusive:

## PARTIES

1. Plaintiff Z Gallerie is a corporation organized and existing under the laws of the State of California and has its principal place of business in Gardena, California.

2. Z Gallerie is informed and believes and on that basis alleges that Defendant A Z Gallerie is a limited liability company organized and existing under the laws of the State of Georgia, with its principal place of business in Smoke Rise, Georgia.

3. The true names and capacities, whether individual, corporate, or otherwise, of the defendants named herein as DOES 1 through 10, inclusive, are presently unknown to Z Gallerie, who therefore sues these defendants by such fictitious names. Z Gallerie will seek leave to amend this complaint to allege the true names and capacities of DOES 1 through 10, inclusive, when it has ascertained such information. Z Gallerie is informed and believes and on that basis alleges that each defendant named herein as DOES 1 through 10, inclusive, has participated in some or all of the acts or conduct alleged in this complaint and is liable to Z Gallerie by reason thereof.

4. Z Gallerie is informed and believes and on that basis alleges that each of the defendants, including the defendants named herein as DOES 1 through 10, inclusive (collectively, "Defendants"), is, and at all times was, principals, agents, alter-egos, partners, and/or successors of each other and, in doing the things alleged herein, was acting within its respective capacity and authority, and with the permission, consent, authorization, and ratification of the others, and is liable to Z Gallerie by reason thereof.

## JURISDICTIONAL STATEMENT

5. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338, 15 U.S.C. §§ 1116 and 1125, and 28 U.S.C. § 1367.

6. Defendant A Z Gallerie's contacts with this judicial district are sufficient to subject it to the personal jurisdiction of the Court. On information and belief, Defendant A Z Gallerie has conducted and does conduct business within California and this judicial district, including advertising, purchasing, selling and/or offering to sell artwork, gift items, and home and office accessories.

7. Venue lies within this judicial district because a substantial part of the events giving rise to these claims occurred and continue to occur in this district. As such, Defendant A Z Gallerie should reasonably expect that its activities might have consequences herein.

8. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) and (c).

## FACTUAL ALLEGATIONS

9. Z Gallerie is a leading distributor of fashion forward home furnishings, art, and accessories at an affordable price.

10. Z Gallerie's products are sold throughout the United States in 56 retail stores operated by Z Gallerie and via the Internet.

11. Z Gallerie has used the mark "Z GALLERIE" in the United States and around the world for more than 20 years and has invested substantially in promoting the Z GALLERIE brand. As a result, the mark Z GALLERIE has become synonymous with a single source of high-quality, reasonably priced merchandise for the home, including furniture, artwork, lighting, tabletop items, textiles and decorative accessories from around the world.

12. The United States Patent and Trademark Office ("USPTO") granted Z Gallerie's Trademark Registration No. 1,618,180 for the service mark Z GALLERIE for "retail store services featuring artwork, gift items, and home and

office accessories" in International Class 42 on October 16, 1990. This registration is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

13. The USPTO granted Z Gallerie's Trademark Registration No. 2,74,220 for the service mark Z GALLERIE for "on-line retail store services featuring home accessories, furniture, lights, housewares and bath and kitchen products, tableware, artwork, lighting, toys and gift items, time pieces, phones, picture frames and albums, potpourri, vases, bags, window coverings, drapes, rods and holdbacks, bedding, duvets, shams, pillows and throws, bean bags, books, candles, candle holders, fountains, decorator accessories and office accessories" in International Class 35 on August 5, 2003. This registration is valid, subsisting, and incontestable pursuant to 15 U.S.C. § 1065.

14. Defendant A Z Gallerie uses the marks "A Z GALLERIE" and "A$^2$Z GALLERIE" in connection with the U.S. sales and distribution of the same types of goods identified in Z Gallerie's U.S. Trademark Registrations, namely, home accessories, furniture, lights, housewares and bath and kitchen products, tableware, artwork, lighting, toys and gift items, time pieces, picture frames and albums, vases, bags, pillows and throws, candle holders, fountains, decorator accessories and office accessories.

15. Defendant A Z Gallerie's marks A Z GALLERIE and A$^2$Z GALLERIE contain the same letters, "Z GALLERIE," that comprise Z Gallerie's mark Z GALLERIE.

16. Upon information and belief, Defendant A Z Gallerie began using the marks A Z GALLERIE and A$^2$Z GALLERIE to sell artwork, gift items, and home and office accessories via the Internet beginning in September 2011.

17. Defendant A Z Gallerie maintains an interactive website at http://www.azgallerie.com which allows consumers to view and purchase various décor and other merchandise over the Internet. On information and belief,

3

1  Defendant A Z Gallerie does not operate any brick and mortar retail stores and
2  refers to itself as "strictly a drop ship Website."

3        18.    According to the website traffic analysis tool Alexa.com,
4  approximately 72% of Internet users who follow links from search engine results to
5  arrive at Defendant A Z Gallerie's website www.azgallerie.com reach Defendant's
6  website by searching for the term "z gallerie." Alexa.com provides information
7  about Internet users' browsing behavior and analyzes web traffic statistics including
8  website page views and common search queries related to more than 30 million
9  websites.

10        19.    Defendant A Z Gallerie has numerous contacts with California
11  and California residents. For example, on information and belief, one or more
12  California residents have purchased merchandise from Defendant A Z Gallerie
13  using Defendant's interactive website located at www.azgallerie.com. According
14  to the market research company Monetate Inc., California accounts for
15  approximately 13% of all Internet traffic and approximately 3% of all e-commerce
16  sales.

17        20.    Defendant A Z Gallerie relies on California-based companies to
18  conduct its business and advertise its products. All purchases made on Defendant's
19  interactive website www.azgallerie.com are made using PayPal. PayPal is a
20  subsidiary of eBay Inc. PayPal and eBay Inc. are headquartered in San Jose,
21  California.

22        21.    On information and belief, Defendant A Z Gallerie offers for
23  sale numerous products purchased from California companies, including DECO
24  BREEZE-brand fans.

25        22.    Defendant A Z Gallerie advertises its products and/or services in
26  conjunction with the mark A Z GALLERIE using at least the following California-
27  based services: Facebook, Inc., Twitter, Inc., Google+, and Pinterest, Inc.
28  Facebook is headquartered in Menlo Park, California. Twitter is headquartered in

1  San Francisco, California.  Google+ is owned and operated by Google, Inc., which
2  is headquartered in Mountain View, California.  Pinterest is headquartered in San
3  Francisco, California.
4       23.   Visitors to Defendant A Z Gallerie's website
5  www.azgallerie.com are presented with the opportunity to receive an email
6  newsletter directly from Defendant.  On information and belief, Defendant A Z
7  Gallerie has sent marketing email newsletters directly to California residents.
8  Additionally, on information and belief, one or more California residents "follow"
9  or "link" to Defendant using Google+, Facebook, and Pinterest.

## COUNT I
## Trademark Infringement—15 U.S.C. § 1114

12       24.   Z Gallerie repeats, re-alleges and incorporates by reference
13 herein all of the allegations contained in Paragraphs 1 through 23, inclusive, as
14 though set forth fully herein.
15       25.   Z Gallerie owns United States Trademark Registration Number
16 1,618,180 for the service mark Z GALLERIE covering retail store services
17 featuring artwork, gift items, and home and office accessories.
18       26.   Z Gallerie owns United States Trademark Registration Number
19 2,74,220 for the service mark Z GALLERIE covering on-line retail store services
20 featuring home accessories, furniture, lights, housewares and bath and kitchen
21 products, tableware, artwork, lighting, toys and gift items, time pieces, phones,
22 picture frames and albums, potpourri, vases, bags, window coverings, drapes, rods
23 and holdbacks, bedding, duvets, shams, pillows and throws, bean bags, books,
24 candles, candle holders, fountains, decorator accessories and office accessories.
25       27.   On information and belief, Defendant A Z Gallerie has been
26 unlawfully using the marks A Z GALLERIE and $A^2Z$ GALLERIE in connection
27 with the sale of home accessories, furniture, lights, housewares and bath and
28 kitchen products, tableware, artwork, lighting, toys and gift items, time pieces,

1  picture frames and albums, vases, bags, pillows and throws, candle holders,
2  fountains, decorator accessories and office accessories via the Internet since
3  September 2011.
4      28.    The marks A Z GALLERIE and A$^2$Z GALLERIE are
5  confusingly similar in sound, appearance, and meaning to the mark Z GALLERIE.
6      29.    The goods offered for sale by Plaintiff Z Gallerie and Defendant
7  A Z Gallerie, namely artwork, gift items, and home and office accessories, under
8  the brand names Z GALLERIE and A Z GALLERIE and/or, A$^2$Z GALLERIE
9  respectively, are identical.
10     30.    Defendant A Z Gallerie's use of the marks A Z GALLERIE and
11 A$^2$Z GALLERIE in connection with artwork, gift items, and home and office
12 accessories, is likely to cause confusion in the marketplace with Z Gallerie's use of
13 the mark Z GALLERIE in connection with artwork, gift items, and home and office
14 accessories.
15     31.    Defendant A Z Gallerie's use of the marks A Z GALLERIE and
16 A$^2$Z GALLERIE in connection with artwork, gift items, and home and office
17 accessories causes irreparable harm to Z Gallerie's mark Z GALLERIE.
18     32.    On October 30, 2012, Z Gallerie sent a letter to Defendant
19 A Z Gallerie asserting its rights in the mark Z GALLERIE and requesting that
20 Defendant cease and desist all use of the marks A Z GALLERIE and
21 A$^2$Z GALLERIE in connection with various home décor products and other
22 merchandise.
23     33.    On November 8, 2012, Defendant A Z Gallerie responded to
24 Z Gallerie stating that it would continue to use the marks A Z GALLERIE and
25 A$^2$Z GALLERIE.
26     34.    Defendant A Z Gallerie's actions are willful and intentional.
27     35.    Defendant A Z Gallerie's wrongful activities have caused
28 Z Gallerie irreparable injury.

36. Z Gallerie is informed and believes that unless Defendant A Z Gallerie's conduct is enjoined by this Court, Defendant will continue and expand its activities to the continued and irreparable injury of Z Gallerie.

37. This injury includes a reduction in the distinctiveness of Z Gallerie's mark Z GALLERIE and injury to Z Gallerie's reputation that cannot be remedied through damages, and Z Gallerie has no adequate remedy at law.

38. Z Gallerie is entitled to a permanent injunction pursuant to 15 U.S.C. § 1116 restraining and enjoining Defendant A Z Gallerie and its agents, servants, employees, and all persons acting thereunder, in concert with, or on their behalf, from using in commerce the marks A Z GALLERIE or A$^2$Z GALLERIE, or any colorable imitation thereof.

39. Pursuant to 15 U.S.C. § 1117, Z Gallerie is also entitled to recover (i) Defendant A Z Gallerie's profits, (ii) Z Gallerie's ascertainable damages, and (iii) Z Gallerie's costs of suit.

## COUNT II

### Dilution – Lanham Act § 43(c), 15 U.S.C. § 1125(c)

40. Z Gallerie repeats, re-alleges and incorporates by reference herein all of the allegations contained in Paragraphs 1 through 39, inclusive, as though set forth fully herein.

41. The mark Z GALLERIE is famous and distinctive, and that mark became famous prior to Defendant A Z Gallerie's commencement of use of the marks A Z GALLERIE and A$^2$Z GALLERIE.

42. Defendant A Z Gallerie's use of the marks A Z GALLERIE and A$^2$Z GALLERIE in connection with artwork, gift items, and home and office accessories is likely to cause dilution by blurring or dilution by tarnishment of the mark Z GALLERIE. For example, Defendant's use of the marks A Z GALLERIE and A$^2$Z GALLERIE is likely to reduce the distinctiveness of Z Gallerie's mark

1  Z GALLERIE by reducing the general consuming public's association of the mark
2  with Z Gallerie's services.

3   43.   Defendant A Z Gallerie's wrongful activities have caused Z Gallerie irreparable injury. Z Gallerie is informed and believes that unless said conduct is enjoined by this Court, Defendant will continue and expand those activities to the continued and irreparable injury of Z Gallerie. This injury includes a reduction in the distinctiveness of Z Gallerie's mark Z GALLERIE that cannot be remedied through damages, and Z Gallerie has no adequate remedy at law. Z Gallerie is entitled to preliminary and permanent injunctions pursuant to 15 U.S.C. § 1116 restraining and enjoining Defendant A Z Gallerie and its agents, servants, employees, and all persons acting thereunder, in concert with, or on their behalf, from using in commerce the marks A Z GALLERIE or $A^2Z$ GALLERIE, or any colorable imitation thereof.

   44.   Defendant A Z GALLERIE willfully intended to trade on the recognition of the mark Z GALLERIE and/or intended to harm the reputation of the mark Z GALLERIE. Pursuant to 15 U.S.C. §§ 1117 and 1125(c)(5) Z Gallerie is also entitled to recover (i) Defendant A Z Gallerie's profits, (ii) Z Gallerie's ascertainable damages, and (iii) Z Gallerie's costs of suit.

## COUNT III
### Trademark Infringement – Common Law

   45.   Z Gallerie repeats, re-alleges and incorporates by reference herein all of the allegations contained in Paragraphs 1 through 44, inclusive, as though set forth fully herein.

   46.   The general consuming public of California widely recognizes the mark Z GALLERIE as designating Z Gallerie as the source of services and/or goods. Z Gallerie has common law trademark rights in the mark Z GALLERIE under California law.

47. Defendant A Z Gallerie's wrongful activities in the State of California have caused Z Gallerie irreparable injury. Z Gallerie is informed and believes that unless said conduct is enjoined by the Court, Defendant will continue and expand those activities to the continued and irreparable injury of Z Gallerie. This injury includes a reduction in the distinctiveness of Z Gallerie's mark Z GALLERIE and injury to Z Gallerie's reputation that cannot be remedied through damages, and Z Gallerie has no adequate remedy at law. Z Gallerie is entitled to preliminary and permanent injunctions restraining and enjoining Defendant A Z Gallerie and its agents, servants, employees, and all persons acting thereunder, in concert with, or on their behalf, from using in commerce the marks A Z GALLERIE or $A^2Z$ GALLERIE, or any colorable imitation thereof.

48. Z Gallerie is also entitled to recover (i) Defendant A Z Gallerie's profits, (ii) Z Gallerie's ascertainable damages, and (iii) Z Gallerie's costs of suit.

## COUNT IV

### Dilution – Cal. Bus. & Prof. Code § 14330 and Common Law

49. Z Gallerie repeats, re-alleges and incorporates by reference herein all of the allegations contained in Paragraphs 1 through 48, inclusive, as though set forth fully herein.

50. Defendant A Z Gallerie's use of the marks A Z GALLERIE and $A^2Z$ GALLERIE in California (i) has diluted, and on information and belief will continue to dilute, the distinctive quality of the mark Z GALLERIE and/or (ii) has tarnished, and on information and belief will continue to tarnish, the image of Z Gallerie's mark Z GALLERIE, in violation of Section 14330 of the California Business and Professions Code.

51. Defendant A Z Gallerie's wrongful activities in the State of California have caused Z Gallerie irreparable injury. Z Gallerie is informed and believes that unless said conduct is enjoined by this Court, Defendant will continue

and expand those activities to the continued and irreparable injury of Z Gallerie. This injury includes a reduction in the distinctiveness of Z Gallerie's mark Z GALLERIE and injury to Z Gallerie's reputation that cannot be remedied through damages, and Z Gallerie has no adequate remedy at law. Z Gallerie is entitled to preliminary and permanent injunctions restraining and enjoining Defendant A Z Gallerie and its agents, servants, employees, and all persons acting thereunder, in concert with, or on their behalf, from using in commerce the marks A Z GALLERIE or $A^2Z$ GALLERIE, or any colorable imitation thereof.

## COUNT V
### Unfair Competition – Cal. Bus. & Prof. Code § 17200 and Common Law

52. Z Gallerie repeats, re-alleges and incorporates by reference herein all of the allegations contained in Paragraphs 1 through 51, inclusive, as though set forth fully herein.

53. Defendant A Z Gallerie's acts, as alleged above, constitute unlawful and/or unfair business practices in violation of the California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200 *et seq.*

54. Defendant A Z Gallerie's acts are unlawful under the UCL because Defendant's use of the marks A Z GALLERIE and $A^2Z$ GALLERIE in California infringes on Z Gallerie's rights in the mark Z GALLERIE based on Z Gallerie's valid registration issued by the USPTO for the mark Z GALLERIE.

55. Defendant A Z Gallerie's acts of unfair competition in the State of California have caused Z Gallerie irreparable injury.

56. Z Gallerie is informed and believes that unless said conduct is enjoined by this Court, Defendant A Z Gallerie will continue and expand those activities to the continued and irreparable injury of Z Gallerie. This injury includes a reduction in the distinctiveness of Z Gallerie's mark Z GALLERIE and injury to Z Gallerie's reputation that cannot be remedied through damages, and Z Gallerie has no adequate remedy at law.

57. Z Gallerie is entitled to preliminary and permanent injunctions restraining and enjoining Defendant A Z Gallerie and its agents, servants, employees, and all persons acting thereunder, in concert with, or on their behalf, from using in commerce the marks A Z GALLERIE or A²Z GALLERIE, or any colorable imitation thereof.

58. As a direct and proximate result of Defendant A Z Gallerie's statutory unfair competition, Defendant has been unjustly enriched in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Z Gallerie prays for judgment against Defendant A Z Gallerie as follows:

1. A judgment that Defendant A Z Gallerie has directly infringed on Z Gallerie's rights in the mark Z GALLERIE;

2. A judgment that Defendant A Z Gallerie willfully infringed on Z Gallerie's rights in the mark Z GALLERIE;

3. A permanent injunction against Defendant A Z Gallerie, its officers, agents, servants, and employees, and all persons acting in concert with them, and enjoining each of them from further violating Z Gallerie's rights in the mark Z GALLERIE;

4. Damages based on Defendant A Z Gallerie's infringement of the mark Z GALLERIE, in amounts according to proof, and enhancing such damages by reason of Defendant's willful infringement;

5. Prejudgment interest on all damages awarded;

6. A declaration Defendant A Z Gallerie's willful violation of Z Gallerie's mark Z GALLERIE is without excuse or justification, and renders this an exceptional case under 35 U.S.C. § 285 entitling Z Gallerie to an award for its attorneys' fees in this action;

7. An award to Z Gallerie for the costs of this suit; and

8. Such other and further relief as the Court deems just and equitable.

Dated: February 26, 2013     O'MELVENY & MYERS LLP

By: /s/ Drew E. Breuder
     Drew E. Breuder
Attorneys for Plaintiff Z Gallerie, Inc.

## JURY DEMAND

Z Gallerie respectfully requests a jury trial on all issues triable thereby.

Dated: February 26, 2013            O'MELVENY & MYERS LLP

By: /s/ Drew E. Breuder
    Drew E. Breuder
    Attorneys for Plaintiff Z Gallerie, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Fernando M. Olguin and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV13- 1408 FMO (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z Gallerie, INC., a California corporation<br><br>PLAINTIFF(S)<br><br>v.<br><br>A Z Gallerie, LLC, a Georgia corporation; and DOES 1-10, inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV13-01408 -FMO (MANx)<br><br>SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Daniel Petrocelli, whose address is 1999 Avenue of the Stars, 7th floor, Los Angeles, CA 90067 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: FEB 26 2013

By: MARILYN D____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Z Gallerie, Inc. | A Z Gallerie, LLC |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| O'Melveny & Myers<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067   (310) 553-6700 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. 1114, 1125(c) Claims for trademark infringement and dilution.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

FOR OFFICE USE ONLY:   Case Number: **CV13-01408**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | DeKalb County, Georgia |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_ Date February 26, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969 (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |